REC'D OCT 0 4 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IFEDOO ENIGWE,
        PLAINTIFF,
v.                                  CIVIL ACTION NO. **2:23-cv-02616**

REGENCY FURNITURE SHOWROOMS,
        DEFENDANT.

### MOTION FOR DEFAULT JUDGMENT PURSUANT TO RULE 55(B), FEDERAL RULES OF CIVIL PROCEDURE

COMES NOW Plaintiff Ifedoo Enigwe, Pro Se, and hereby respectfully moves this Honorable Court for an order of default judgment in the above captioned and styled case.

On July 10, 2023, Plaintiff filed a verified civil complaint against the named defendants, and on July 25, 2023, the Clerk issued summon as to the defendant.

On August 2, 2023, defendant Regency Furniture Showrooms, was served, and Proof of such service was recorded with the Clerk on August 8, 2023 requiring Regency Furniture Showrooms, to Answer by August 23, 2023.

The time for any answer or response passed and no response was submitted by Regency Furniture Showrooms, as such an entry of default became necessary.

Entry of default was met, to wit:

1. A valid verified civil complaint was filed against the defendant (See Docket. #1);

2. A proper service was achieved on the defendant, (See Docket #7)

3. The complaint requested a sum certain amount;

4. The defendant is neither a minor, nor an incompetent person; and

5. An appropriate affidavit accompanied the request for entry of default.

6. And a sum certain amount as was stated in the verified civil complaint was $700,000 in United States Currency and requested in the entry of default

On September 15, 2023, the Clerk of this Court made an entry of default as was requested (See Document #9).

On September 20, 2023, this Honorable Court entered an order requiring Plaintiff to file the motion for default judgment before October 4, 2023 or risk a dismissal of the complaint for lack of prosecution (See Document #10).

Based on the aforementioned, Plaintiff is entitled to a judgment of default against the defendant, Regency Furniture Showrooms in the sum certain amount of $700,000 in the United States Currency. No interest is requested.

Wherefore, Plaintiff respectfully prays.

                                      Respectfully Submitted:

                                      _____
                                      Ifedoo Enigwe, Pro Se
                                      Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IFEDOO ENIGWE,
      PLAINTIFF,
v.                                    CIVIL ACTION NO.  **2:23-cv-02616**

REGENCY FURNITURE SHOWROOMS,
      DEFENDANT.

CERTIFICATE OF SERVICE

I, certify that on September 25, 2023, I caused a copy of the within Motion for Default Judgment was placed in a postage-paid envelope addressed to the defendant, and deposited said envelope in the United States mail as follows:

Regency Furniture Showrooms
2201 Cottman Avenue
Philadelphia, PA 19149

                                                     Respectfully Submitted:

                                                     _____
                                                     Ifedoo Enigwe, Pro Se
                                                     Plaintiff

Dated this 25th day of September, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IFEDOO ENIGWE,
        PLAINTIFF,
v.                                                  CIVIL ACTION NO. __2:23-cv-02616__

REGENCY FURNITURE SHOWROOMS,
        DEFENDANT.

## **ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**

Plaintiff having filed a motion for Default judgment pursuant to Rule 55(b), and it appearing from the record that defendant, Regency Furniture Showrooms has failed to appear, plead or otherwise defend, and good cause showing, the motion for default judgment will be granted. Defendant, Regency Furniture Showrooms is liable to the Plaintiff in the pleaded amount of $700,000 in United States Currency.

**SO, ORDERED**.



                                                                               _____
                                                                                             J.

Dated this _____ day of _____ 2023.