UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Ifedoo Enigwe, | : | |
| | : | Civil Action 2:23-cv-02616-JS |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Regency Furniture Showrooms, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION TO SET ASIDE A DEFAULT OR A DEFAULT JUDGMENT FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendant Regency Furniture Showrooms, by and through undersigned counsel, files this Motion to Set Aside a Default or a Default Judgment for Lack of Subject Matter Jurisdiction. Defendant's motion should be granted for the reasons set forth in the attached Memorandum of Law incorporated herein.

WHEREFORE, Defendant respectfully requests that this Court grant Plaintiff's Motion in the form of Order submitted herewith.

Respectfully submitted,

**/s/  Alan L. Frank**
Alan L. Frank, Esquire
Jordan E. Frank, Esquire
Alan L. Frank Law Associates, P.C.
135 Old York Road
Jenkintown, PA 19046
(215) 935-1000
afrank@alflaw.net;
jordanfrank@alflaw.net

Date:  November 17, 2023