IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IFEDOO ENIGWE : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 23-2616 |
| REGENCY FURNITURE SHOWROOMS : | |

**ORDER**

AND NOW, this 3rd day of January, 2024, upon consideration of Plaintiff Ifedoo Enigwe's Motion for Default Judgment Pursuant to Federal Rule of Civil Procedure 55(b) (Document No. 11), it is hereby ORDERED the Motion is DENIED AS MOOT.[1]

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,     C.J.

---

[1] Pursuant to the Order which this Court issued on January 2, 2024, the Defendant's Motion to Set Aside the Default and Default Judgment for Lack of Subject Matter Jurisdiction was granted. Enigwe's Motion for Default Judgment was thereby rendered moot.